In the Matter of THE WORKMEN'S BENEFIT FUND OF THE UNITED STATES OF AMERICA. FRED MICHEL. In the Matter of THE WORKMEN'S BENEFIT FUND OF THE UNITED STATES OF AMERICA. FRED MICHEL et al.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of HAROLD L. FISHER, an Attorney.— (See 264 App. Div. 518.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.